THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERZY A. JASNOSZ,<br><br>    Plaintiff,<br><br>v.<br><br>JD OTT COMPANY, INC.,<br><br>    Defendant. | Case No. C09-952JLR<br><br>DECLARATION OF STEPHANIE P. BERNTSEN IN SUPPORT OF J.D. OTT'S MOTION FOR COSTS PURSUANT TO FRCP 68<br><br>NOTE ON MOTION CALENDAR: JUNE 24, 2011 |

I, Stephanie P. Berntsen, declare:

1. I am an attorney of record for Defendant J.D. Ott Company, Inc. ("J.D. Ott") in this matter. I am above the age of eighteen and am otherwise competent to provide testimony. The following information is of my own personal knowledge, unless otherwise indicated.

2. This matter was initially scheduled to commence on May 3, 2011. (Dkt #15). Pursuant to Federal Rule of Civil Procedure 68, J.D. Ott served Plaintiff Jerzy A. Jasnosz with an Offer of Judgment in the amount of $21,000.00 more than fourteen days before the date set for trial, on April 1, 2011. A true and correct copy of the Offer of Judgment is attached hereto as **Exhibit A**.

3. Plaintiff did not accept the Offer of Judgment.

DECLARATION OF STEPHANIE P. BERNTSEN IN
SUPPORT OF J.D. OTT'S MOTION FOR COSTS
PURSUANT TO FRCP 68 - 1

PDX/113529/161468/FDL/7599057.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711 Fax 206.292.0460

4. Trial before a jury commenced on May 11, 2011. J.D. Ott called two witnesses at trial, Linda Clark and Don DelDuca. Both Ms. Clark and Mr. DelDuca testified on May 13, 2011. Mr. DelDuca paid $20.00 for parking near the courthouse on May 13, 2011. Ms. Clark paid $15.00 for parking near the courthouse on May 13, 2011. Attached hereto as **Exhibit B** are true and correct copies of Ms. Clark's and Mr. DelDuca's parking receipts.

5. Attached to this declaration as **Exhibit C** are true and correct copies of invoices that document the copy costs incurred by J.D. Ott since April 1, 2011.

6. The costs set forth in the exhibits attached hereto are true and accurate, and were necessarily incurred for the purposes of defending against the allegations raised against J.D. Ott in this proceeding.

*I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.*

Dated this 7th day of June, 2011 at Seattle, Washington.

Stephanie P. Berntsen

DECLARATION OF STEPHANIE P. BERNTSEN IN SUPPORT OF J.D. OTT'S MOTION FOR COSTS PURSUANT TO FRCP 68 - 2

PDX/113529/161468/FDL/7599057.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711 Fax 206.292.0460

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of June, 2011, I caused to be served the foregoing DECLARATION OF STEPHANIE P. BERNTSEN on the following party at the following address:

Jerzy A. Jasnosz
1756 NW 61st St.
Seattle, WA 98107

by:

☒ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☒ hand delivery
☐ facsimile
☐ electronic service
☒ other (specify)  Available for Pick Up at Schwabe Williamson & Wyatt

/s/ Farron D. Lennon

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone 206.622.1711  Fax 206.292.0460

PDX/113529/161468/FDL/7599057.1