# EXHIBIT A

EXHIBIT A

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERZY A. JASNOSZ,<br><br>    Plaintiff,<br><br>v.<br><br>JD OTT COMPANY, INC.,<br><br>    Defendant. | Case No. C09-952JLR<br><br>OFFER OF JUDGMENT |

TO: Plaintiff Jerzy Jasnosz, pro se

Pursuant to Federal Rule of Civil Procedure 68, J.D. Ott Company, Inc. ("J.D. Ott") hereby offers to allow judgment to be entered against it in the amount of Twenty-One Thousand Dollars and No Cents ($21,000.00), inclusive of all costs and attorney fees incurred to date. To accept this offer Plaintiff must provide written notice to J.D. Ott within fourteen (14) days of being served with this Offer of Judgment. This offer will expire automatically in fourteen (14) days if not accepted.

Plaintiff Jerzy A. Jasnosz understands that upon acceptance of this offer he would have no further claims against J.D. Ott, its past, present, and future officers, directors, attorneys, agents, servants, representatives, employees, subsidiaries, affiliates, partners, shareholders, predecessors and successors in interest, assigns or insurers arising out of or related to the facts set forth in his Amended Employment Discrimination Complaint.

OFFER OF JUDGMENT: Case No. C09-952JLR - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711 Fax 206.292.0460

PDX/113529/161468/FDL/7296306.1

Plaintiff is hereby put on notice that if he does not accept this offer and does not obtain a judgment against J.D. Ott exceeding $21,000.00 he will be required to pay all costs that J.D. Ott incurs after this offer was made.

Dated this 1st day of April, 2011.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: _____
Stephanie P. Berntsen, WSBA #33072
Farron D. Lennon, WSBA #40559
*Attorneys for Defendant
JD Ott Company, Inc.*

OFFER OF JUDGMENT: Case No. C09-952JLR - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711 Fax 206.292.0460

PDX/113529/161468/FDL/7296306.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2011, I caused to be served the foregoing OFFER OF JUDGMENT on the following party at the following address:

Jerzy A. Jasnosz
1756 NW 61st St.
Seattle, WA 98107

by:

- [ ] U.S. Postal Service, ordinary first class mail
- [ ] U.S. Postal Service, certified or registered mail, return receipt requested
- [x] hand delivery – in person
- [ ] facsimile
- [ ] electronic service
- [ ] other (specify) _____

*Debbie Brooks* (signature)
Debbie Brooks

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone 206.622.1711  Fax 206.292.0460

PDX/113529/161468/FDL/7296306.1