# EXHIBIT B

EXHIBIT B

```
              IMPERIAL PARKING
                1700 7TH AVE
              ALL TAXES INCLUDED


Rcpt# 49316
05/13/11 15:37   L.# 1 A# 3   Txn# 64045
05/13/11 08:14 In   05/13/11 15:37 Out
Tkt# 868477
Default Fees   $   12.29
Total Tax      $    2.71
Total Fee      $   15.00
MASTERCARD     $   15.00-
XXXXXXXXXXXX9552
Approval No.:463101
Reference No.:0000000000000076
Change Due     $    0.00
              THANK YOU
              COME AGAIN!
```

**PLACE FACE UP ON DASH**
Impark Lot 59
Expiration Date/Time
**EXP 12:43PM**
**MAY 13, 2011**

Purchase Date/Time: 09:43am May 13, 2011
Total Parking: $14.74
Total Sales Tax: $1.41
Total Pkg Tax: $1.85
Total Due: $18.00          Rate: $18.00 - 3 HOURS
Total Paid: $20.00         Payment Type: Cash
Ticket #: 00013924
S/N #: 300010390655
Setting: LOT 59
Mach Name: METER 1

www.impark.com

- - - - - - - - - - - - - - - - - - - - - -

**RECEIPT**
Impark Lot 59

Expiration Date/Time: 12:43pm May 13, 2011
Purchase Date/Time: 09:43am May 13, 2011
Total Parking: $14.74
Total Sales Tax: $1.41
Total Pkg Tax: $1.85
Total Due: $18.00          Rate: $18.00 - 3 HOURS
Total Paid: $20.00         Payment Type: Cash
Ticket #: 00013924
Setting: LOT 59
Mach Name: METER 1

PARKING RECEIPT