# EXHIBIT C

EXHIBIT C

| Date | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|
| 04/01/2011 | COPY | 3.00 | 0.07 | 0.21 | Copies/Print | 4526336 |
| 05/12/2011 |  | 3.00 | 0.07 | 0.21 |  |  |
| 04/01/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4526339 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/04/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4532032 |
| 05/12/2011 |  | 4.00 | 0.07 | 0.28 |  |  |
| 04/04/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4532033 |
| 05/12/2011 |  | 4.00 | 0.07 | 0.28 |  |  |
| 04/04/2011 | COPY | 4.00 | 0.07 | 0.28 | Copies/Print | 4532034 |
| 05/12/2011 |  | 4.00 | 0.07 | 0.28 |  |  |
| 04/04/2011 | COPY | 3.00 | 0.07 | 0.21 | Copies/Print | 4532035 |
| 05/12/2011 |  | 3.00 | 0.07 | 0.21 |  |  |
| 04/04/2011 | COPP | 5.00 | 0.07 | 0.35 | Copies/Print | 4532036 |
| 05/12/2011 |  | 5.00 | 0.07 | 0.35 |  |  |
| 04/04/2011 | COPP | 13.00 | 0.07 | 0.91 | Copies/Print | 4532037 |
| 05/12/2011 |  | 13.00 | 0.07 | 0.91 |  |  |
| 04/05/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4532038 |
| 05/12/2011 |  | 2.00 | 0.07 | 0.14 |  |  |
| 04/05/2011 | COPP | 37.00 | 0.07 | 2.59 | Copies/Print | 4532039 |
| 05/12/2011 |  | 37.00 | 0.07 | 2.59 |  |  |
| 04/05/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4532040 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/05/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4532041 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/05/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4532043 |
| 05/12/2011 |  | 4.00 | 0.07 | 0.28 |  |  |
| 04/05/2011 | COPP | 17.00 | 0.07 | 1.19 | Copies/Print | 4532044 |
| 05/12/2011 |  | 17.00 | 0.07 | 1.19 |  |  |
| 04/05/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4532045 |
| 05/12/2011 |  | 2.00 | 0.07 | 0.14 |  |  |
| 04/05/2011 | COPP | 13.00 | 0.07 | 0.91 | Copies/Print | 4532046 |
| 05/12/2011 |  | 13.00 | 0.07 | 0.91 |  |  |
| 04/05/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4532047 |
| 05/12/2011 |  | 3.00 | 0.07 | 0.21 |  |  |
| 04/05/2011 | COPP | 7.00 | 0.07 | 0.49 | Copies/Print | 4532048 |
| 05/12/2011 |  | 7.00 | 0.07 | 0.49 |  |  |
| 04/05/2011 | COPP | 9.00 | 0.07 | 0.63 | Copies/Print | 4532049 |
| 05/12/2011 |  | 9.00 | 0.07 | 0.63 |  |  |
| 04/05/2011 | COPF | 100.00 | 0.07 | 7.00 | Copies/Fast Feed | 4532050 |
| 05/12/2011 |  | 100.00 | 0.07 | 7.00 |  |  |

| Date | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|
| 04/05/2011 | COPY | 110.00 | 0.07 | 7.70 | Copies/Print | 4532051 |
| 05/12/2011 | | 110.00 | 0.07 | 7.70 | | |
| 04/05/2011 | COPP | 12.00 | 0.07 | 0.84 | Copies/Print | 4532052 |
| 05/12/2011 | | 12.00 | 0.07 | 0.84 | | |
| 04/06/2011 | COPY | 34.00 | 0.07 | 2.38 | Copies/Print | 4532042 |
| 05/12/2011 | | 34.00 | 0.07 | 2.38 | | |
| 04/06/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4532053 |
| 05/12/2011 | | 2.00 | 0.07 | 0.14 | | |
| 04/06/2011 | COPP | 17.00 | 0.07 | 1.19 | Copies/Print | 4532054 |
| 05/12/2011 | | 17.00 | 0.07 | 1.19 | | |
| 04/06/2011 | COPP | 17.00 | 0.07 | 1.19 | Copies/Print | 4532055 |
| 05/12/2011 | | 17.00 | 0.07 | 1.19 | | |
| 04/07/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4532056 |
| 05/12/2011 | | 2.00 | 0.07 | 0.14 | | |
| 04/07/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4532057 |
| 05/12/2011 | | 2.00 | 0.07 | 0.14 | | |
| 04/07/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4532058 |
| 05/12/2011 | | 1.00 | 0.07 | 0.07 | | |
| 04/07/2011 | COPY | 3.00 | 0.07 | 0.21 | Copies/Print | 4532059 |
| 05/12/2011 | | 3.00 | 0.07 | 0.21 | | |
| 04/07/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4532060 |
| 05/12/2011 | | 1.00 | 0.07 | 0.07 | | |
| 04/07/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4532061 |
| 05/12/2011 | | 1.00 | 0.07 | 0.07 | | |
| 04/07/2011 | COPP | 6.00 | 0.07 | 0.42 | Copies/Print | 4532062 |
| 05/12/2011 | | 6.00 | 0.07 | 0.42 | | |
| 04/07/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4532063 |
| 05/12/2011 | | 4.00 | 0.07 | 0.28 | | |
| 04/07/2011 | COPY | 28.00 | 0.07 | 1.96 | Copies/Print | 4532064 |
| 05/12/2011 | | 28.00 | 0.07 | 1.96 | | |
| 04/07/2011 | COPP | 8.00 | 0.07 | 0.56 | Copies/Print | 4532065 |
| 05/12/2011 | | 8.00 | 0.07 | 0.56 | | |
| 04/07/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4532066 |
| 05/12/2011 | | 4.00 | 0.07 | 0.28 | | |
| 04/07/2011 | COPP | 24.00 | 0.07 | 1.68 | Copies/Print | 4532067 |
| 05/12/2011 | | 24.00 | 0.07 | 1.68 | | |
| 04/07/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4532068 |
| 05/12/2011 | | 4.00 | 0.07 | 0.28 | | |
| 04/07/2011 | COPP | 18.00 | 0.07 | 1.26 | Copies/Print | 4532069 |

Billed and Unbilled Recap Of Cost Detail - [113529-161468 - Jasnosz, Jerzy v J D OTT COMPANY]  
Client:113529 - CONTINENTAL INSURANCE COMPANY   5/31/2011 3:55:06 PM

Page 3

| Date | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|
| 05/12/2011 |  | 18.00 | 0.07 | 1.26 |  |  |
| 04/07/2011 | COPP | 8.00 | 0.07 | 0.56 | Copies/Print | 4532070 |
| 05/12/2011 |  | 8.00 | 0.07 | 0.56 |  |  |
| 04/07/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4532071 |
| 05/12/2011 |  | 4.00 | 0.07 | 0.28 |  |  |
| 04/07/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4532072 |
| 05/12/2011 |  | 3.00 | 0.07 | 0.21 |  |  |
| 04/07/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4532073 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/07/2011 | COPP | 5.00 | 0.07 | 0.35 | Copies/Print | 4532074 |
| 05/12/2011 |  | 5.00 | 0.07 | 0.35 |  |  |
| 04/07/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4532075 |
| 05/12/2011 |  | 3.00 | 0.07 | 0.21 |  |  |
| 04/07/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4532076 |
| 05/12/2011 |  | 4.00 | 0.07 | 0.28 |  |  |
| 04/07/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4532077 |
| 05/12/2011 |  | 2.00 | 0.07 | 0.14 |  |  |
| 04/07/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4532078 |
| 05/12/2011 |  | 3.00 | 0.07 | 0.21 |  |  |
| 04/07/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4532079 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/07/2011 | COPP | 22.00 | 0.07 | 1.54 | Copies/Print | 4532080 |
| 05/12/2011 |  | 22.00 | 0.07 | 1.54 |  |  |
| 04/07/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4532081 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/08/2011 | CF | 1.00 | 130.47 | 130.47 | Online Research - Check- Lexis Nexis<br>Vendor=Lexis Nexis  Balance= 25110.56  Amount= 25110.56 | 4558810 |
| 04/11/2011 | COPY | 2.00 | 0.07 | 0.14 | Copies/Print | 4537381 |
| 05/12/2011 |  | 2.00 | 0.07 | 0.14 |  |  |
| 04/11/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4537382 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/11/2011 | COPY | 12.00 | 0.07 | 0.84 | Copies/Print | 4537383 |
| 05/12/2011 |  | 12.00 | 0.07 | 0.84 |  |  |
| 04/11/2011 | COPP | 15.00 | 0.07 | 1.05 | Copies/Print | 4537384 |
| 05/12/2011 |  | 15.00 | 0.07 | 1.05 |  |  |
| 04/11/2011 | COPP | 15.00 | 0.07 | 1.05 | Copies/Print | 4537385 |
| 05/12/2011 |  | 15.00 | 0.07 | 1.05 |  |  |
| 04/11/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4537389 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |

| Date | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|
| 04/11/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4537390 |
| 05/12/2011 |  | 3.00 | 0.07 | 0.21 |  |  |
| 04/11/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4537391 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/11/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4537392 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/11/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4537393 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/11/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4537394 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/11/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4537395 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/12/2011 | COPY | 207.00 | 0.07 | 14.49 | Copies/Print | 4537357 |
| 05/12/2011 |  | 207.00 | 0.07 | 14.49 |  |  |
| 04/12/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4537358 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/12/2011 | COPY | 25.00 | 0.07 | 1.75 | Copies/Print | 4537359 |
| 05/12/2011 |  | 25.00 | 0.07 | 1.75 |  |  |
| 04/12/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4537360 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/12/2011 | COPY | 1.00 | 0.07 | 0.07 | Copies/Print | 4537362 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/12/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4537363 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/12/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4537364 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/12/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4537365 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/12/2011 | COPP | 7.00 | 0.07 | 0.49 | Copies/Print | 4537366 |
| 05/12/2011 |  | 7.00 | 0.07 | 0.49 |  |  |
| 04/12/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4537367 |
| 05/12/2011 |  | 2.00 | 0.07 | 0.14 |  |  |
| 04/12/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4537368 |
| 05/12/2011 |  | 3.00 | 0.07 | 0.21 |  |  |
| 04/12/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4537369 |
| 05/12/2011 |  | 3.00 | 0.07 | 0.21 |  |  |
| 04/12/2011 | COPP | 5.00 | 0.07 | 0.35 | Copies/Print | 4537370 |
| 05/12/2011 |  | 5.00 | 0.07 | 0.35 |  |  |
| 04/12/2011 | COPP | 5.00 | 0.07 | 0.35 | Copies/Print | 4537371 |
| 05/12/2011 |  | 5.00 | 0.07 | 0.35 |  |  |

| Date | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|
| 04/12/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4537372 |
| 05/12/2011 |  | 3.00 | 0.07 | 0.21 |  |  |
| 04/12/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4537373 |
| 05/12/2011 |  | 2.00 | 0.07 | 0.14 |  |  |
| 04/12/2011 | COPY | 30.00 | 0.07 | 2.10 | Copies/Print | 4537374 |
| 05/12/2011 |  | 30.00 | 0.07 | 2.10 |  |  |
| 04/12/2011 | COPF | 5.00 | 0.07 | 0.35 | Copies/Fast Feed | 4537375 |
| 05/12/2011 |  | 5.00 | 0.07 | 0.35 |  |  |
| 04/12/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4537376 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/12/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4537377 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/12/2011 | COPP | 11.00 | 0.07 | 0.77 | Copies/Print | 4537378 |
| 05/12/2011 |  | 11.00 | 0.07 | 0.77 |  |  |
| 04/12/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4537379 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/12/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4537380 |
| 05/12/2011 |  | 2.00 | 0.07 | 0.14 |  |  |
| 04/12/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4537386 |
| 05/12/2011 |  | 2.00 | 0.07 | 0.14 |  |  |
| 04/12/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4537387 |
| 05/12/2011 |  | 4.00 | 0.07 | 0.28 |  |  |
| 04/12/2011 | COPP | 5.00 | 0.07 | 0.35 | Copies/Print | 4537388 |
| 05/12/2011 |  | 5.00 | 0.07 | 0.35 |  |  |
| 04/13/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4537356 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/13/2011 | COPY | 5.00 | 0.07 | 0.35 | Copies/Print | 4537361 |
| 05/12/2011 |  | 5.00 | 0.07 | 0.35 |  |  |
| 04/14/2011 | COPY | 74.00 | 0.07 | 5.18 | Copies/Print | 4537396 |
| 05/12/2011 |  | 74.00 | 0.07 | 5.18 |  |  |
| 04/14/2011 | COPP | 5.00 | 0.07 | 0.35 | Copies/Print | 4537409 |
| 05/12/2011 |  | 5.00 | 0.07 | 0.35 |  |  |
| 04/15/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4537397 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/15/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4537398 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/15/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4537399 |
| 05/12/2011 |  | 4.00 | 0.07 | 0.28 |  |  |
| 04/15/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4537400 |

| Date | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|
| 05/12/2011 | | 1.00 | 0.07 | 0.07 | | |
| 04/15/2011 | COPP | 1.00 | 0.07 | 0.07 Copies/Print | | 4537401 |
| 05/12/2011 | | 1.00 | 0.07 | 0.07 | | |
| 04/15/2011 | COPP | 4.00 | 0.07 | 0.28 Copies/Print | | 4537402 |
| 05/12/2011 | | 4.00 | 0.07 | 0.28 | | |
| 04/15/2011 | COPP | 3.00 | 0.07 | 0.21 Copies/Print | | 4537403 |
| 05/12/2011 | | 3.00 | 0.07 | 0.21 | | |
| 04/15/2011 | COPP | 15.00 | 0.07 | 1.05 Copies/Print | | 4537404 |
| 05/12/2011 | | 15.00 | 0.07 | 1.05 | | |
| 04/15/2011 | COPP | 12.00 | 0.07 | 0.84 Copies/Print | | 4537405 |
| 05/12/2011 | | 12.00 | 0.07 | 0.84 | | |
| 04/15/2011 | COPP | 3.00 | 0.07 | 0.21 Copies/Print | | 4537406 |
| 05/12/2011 | | 3.00 | 0.07 | 0.21 | | |
| 04/15/2011 | COPP | 1.00 | 0.07 | 0.07 Copies/Print | | 4537407 |
| 05/12/2011 | | 1.00 | 0.07 | 0.07 | | |
| 04/15/2011 | COPP | 1.00 | 0.07 | 0.07 Copies/Print | | 4537408 |
| 05/12/2011 | | 1.00 | 0.07 | 0.07 | | |
| 04/15/2011 | COPP | 2.00 | 0.07 | 0.14 Copies/Print | | 4537410 |
| 05/12/2011 | | 2.00 | 0.07 | 0.14 | | |
| 04/15/2011 | COPP | 6.00 | 0.07 | 0.42 Copies/Print | | 4537411 |
| 05/12/2011 | | 6.00 | 0.07 | 0.42 | | |
| 04/15/2011 | COPP | 2.00 | 0.07 | 0.14 Copies/Print | | 4537412 |
| 05/12/2011 | | 2.00 | 0.07 | 0.14 | | |
| 04/15/2011 | COPP | 6.00 | 0.07 | 0.42 Copies/Print | | 4537413 |
| 05/12/2011 | | 6.00 | 0.07 | 0.42 | | |
| 04/15/2011 | COPY | 5.00 | 0.07 | 0.35 Copies/Print | | 4537414 |
| 05/12/2011 | | 5.00 | 0.07 | 0.35 | | |
| 04/15/2011 | COPP | 30.00 | 0.07 | 2.10 Copies/Print | | 4537415 |
| 05/12/2011 | | 30.00 | 0.07 | 2.10 | | |
| 04/15/2011 | COPP | 6.00 | 0.07 | 0.42 Copies/Print | | 4537416 |
| 05/12/2011 | | 6.00 | 0.07 | 0.42 | | |
| 04/15/2011 | COPP | 6.00 | 0.07 | 0.42 Copies/Print | | 4537417 |
| 05/12/2011 | | 6.00 | 0.07 | 0.42 | | |
| 04/15/2011 | COPY | 24.00 | 0.07 | 1.68 Copies/Print | | 4537418 |
| 05/12/2011 | | 24.00 | 0.07 | 1.68 | | |
| 04/15/2011 | COPP | 4.00 | 0.07 | 0.28 Copies/Print | | 4537419 |
| 05/12/2011 | | 4.00 | 0.07 | 0.28 | | |
| 04/18/2011 | COPP | 6.00 | 0.07 | 0.42 Copies/Print | | 4543875 |
| 05/12/2011 | | 6.00 | 0.07 | 0.42 | | |

| Date | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|
| 04/18/2011 | COPP | 15.00 | 0.07 | 1.05 | Copies/Print | 4543876 |
| 05/12/2011 |  | 15.00 | 0.07 | 1.05 |  |  |
| 04/18/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4543877 |
| 05/12/2011 |  | 3.00 | 0.07 | 0.21 |  |  |
| 04/18/2011 | COPP | 17.00 | 0.07 | 1.19 | Copies/Print | 4543878 |
| 05/12/2011 |  | 17.00 | 0.07 | 1.19 |  |  |
| 04/18/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4543879 |
| 05/12/2011 |  | 3.00 | 0.07 | 0.21 |  |  |
| 04/18/2011 | COPP | 12.00 | 0.07 | 0.84 | Copies/Print | 4543880 |
| 05/12/2011 |  | 12.00 | 0.07 | 0.84 |  |  |
| 04/18/2011 | COPP | 12.00 | 0.07 | 0.84 | Copies/Print | 4543881 |
| 05/12/2011 |  | 12.00 | 0.07 | 0.84 |  |  |
| 04/18/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4543882 |
| 05/12/2011 |  | 2.00 | 0.07 | 0.14 |  |  |
| 04/18/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4543883 |
| 05/12/2011 |  | 4.00 | 0.07 | 0.28 |  |  |
| 04/18/2011 | COPP | 7.00 | 0.07 | 0.49 | Copies/Print | 4543884 |
| 05/12/2011 |  | 7.00 | 0.07 | 0.49 |  |  |
| 04/18/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4543885 |
| 05/12/2011 |  | 3.00 | 0.07 | 0.21 |  |  |
| 04/18/2011 | COPP | 13.00 | 0.07 | 0.91 | Copies/Print | 4543886 |
| 05/12/2011 |  | 13.00 | 0.07 | 0.91 |  |  |
| 04/18/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4543887 |
| 05/12/2011 |  | 2.00 | 0.07 | 0.14 |  |  |
| 04/18/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4543888 |
| 05/12/2011 |  | 4.00 | 0.07 | 0.28 |  |  |
| 04/19/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4543873 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/19/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4543874 |
| 05/12/2011 |  | 4.00 | 0.07 | 0.28 |  |  |
| 04/20/2011 | COPY | 5.00 | 0.07 | 0.35 | Copies/Print | 4543889 |
| 05/12/2011 |  | 5.00 | 0.07 | 0.35 |  |  |
| 04/25/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4549413 |
| 05/12/2011 |  | 3.00 | 0.07 | 0.21 |  |  |
| 04/25/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4549414 |
| 05/12/2011 |  | 2.00 | 0.07 | 0.14 |  |  |
| 04/25/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4549415 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/25/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4549416 |
| 05/12/2011 |  | 2.00 | 0.07 | 0.14 |  |  |

| Date | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|
| 04/25/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4549417 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/25/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4549418 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/25/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4549419 |
| 05/12/2011 |  | 2.00 | 0.07 | 0.14 |  |  |
| 04/25/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4549420 |
| 05/12/2011 |  | 2.00 | 0.07 | 0.14 |  |  |
| 04/25/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4549421 |
| 05/12/2011 |  | 2.00 | 0.07 | 0.14 |  |  |
| 04/25/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4549422 |
| 05/12/2011 |  | 2.00 | 0.07 | 0.14 |  |  |
| 04/25/2011 | COPP | 17.00 | 0.07 | 1.19 | Copies/Print | 4549423 |
| 05/12/2011 |  | 17.00 | 0.07 | 1.19 |  |  |
| 04/25/2011 | COPP | 41.00 | 0.07 | 2.87 | Copies/Print | 4549424 |
| 05/12/2011 |  | 41.00 | 0.07 | 2.87 |  |  |
| 04/25/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4549425 |
| 05/12/2011 |  | 3.00 | 0.07 | 0.21 |  |  |
| 04/25/2011 | COPP | 6.00 | 0.07 | 0.42 | Copies/Print | 4549426 |
| 05/12/2011 |  | 6.00 | 0.07 | 0.42 |  |  |
| 04/25/2011 | COPP | 6.00 | 0.07 | 0.42 | Copies/Print | 4549427 |
| 05/12/2011 |  | 6.00 | 0.07 | 0.42 |  |  |
| 04/25/2011 | COPP | 41.00 | 0.07 | 2.87 | Copies/Print | 4549428 |
| 05/12/2011 |  | 41.00 | 0.07 | 2.87 |  |  |
| 04/25/2011 | COPP | 17.00 | 0.07 | 1.19 | Copies/Print | 4549429 |
| 05/12/2011 |  | 17.00 | 0.07 | 1.19 |  |  |
| 04/25/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4549430 |
| 05/12/2011 |  | 3.00 | 0.07 | 0.21 |  |  |
| 04/25/2011 | COPP | 34.00 | 0.07 | 2.38 | Copies/Print | 4549431 |
| 05/12/2011 |  | 34.00 | 0.07 | 2.38 |  |  |
| 04/25/2011 | COPP | 6.00 | 0.07 | 0.42 | Copies/Print | 4549432 |
| 05/12/2011 |  | 6.00 | 0.07 | 0.42 |  |  |
| 04/25/2011 | COPP | 41.00 | 0.07 | 2.87 | Copies/Print | 4549433 |
| 05/12/2011 |  | 41.00 | 0.07 | 2.87 |  |  |
| 04/25/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4549434 |
| 05/12/2011 |  | 3.00 | 0.07 | 0.21 |  |  |
| 04/25/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4549435 |
| 05/12/2011 |  | 3.00 | 0.07 | 0.21 |  |  |
| 04/25/2011 | COPP | 6.00 | 0.07 | 0.42 | Copies/Print | 4549436 |

| Date | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|
| 05/12/2011 |  | 6.00 | 0.07 | 0.42 |  |  |
| 04/25/2011 | COPP | 41.00 | 0.07 | 2.87 | Copies/Print | 4549437 |
| 05/12/2011 |  | 41.00 | 0.07 | 2.87 |  |  |
| 04/26/2011 | COPP | 6.00 | 0.07 | 0.42 | Copies/Print | 4549397 |
| 05/12/2011 |  | 6.00 | 0.07 | 0.42 |  |  |
| 04/26/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4549398 |
| 05/12/2011 |  | 3.00 | 0.07 | 0.21 |  |  |
| 04/26/2011 | COPP | 41.00 | 0.07 | 2.87 | Copies/Print | 4549399 |
| 05/12/2011 |  | 41.00 | 0.07 | 2.87 |  |  |
| 04/26/2011 | COPP | 17.00 | 0.07 | 1.19 | Copies/Print | 4549400 |
| 05/12/2011 |  | 17.00 | 0.07 | 1.19 |  |  |
| 04/26/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4549401 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/26/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4549402 |
| 05/12/2011 |  | 3.00 | 0.07 | 0.21 |  |  |
| 04/26/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4549403 |
| 05/12/2011 |  | 2.00 | 0.07 | 0.14 |  |  |
| 04/26/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4549404 |
| 05/12/2011 |  | 2.00 | 0.07 | 0.14 |  |  |
| 04/26/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4549405 |
| 05/12/2011 |  | 2.00 | 0.07 | 0.14 |  |  |
| 04/26/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4549406 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/26/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4549407 |
| 05/12/2011 |  | 2.00 | 0.07 | 0.14 |  |  |
| 04/26/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4549408 |
| 05/12/2011 |  | 4.00 | 0.07 | 0.28 |  |  |
| 04/26/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4549409 |
| 05/12/2011 |  | 4.00 | 0.07 | 0.28 |  |  |
| 04/26/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4549410 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/26/2011 | COPF | 17.00 | 0.07 | 1.19 | Copies/Fast Feed | 4549411 |
| 05/12/2011 |  | 17.00 | 0.07 | 1.19 |  |  |
| 04/26/2011 | COPF | 50.00 | 0.07 | 3.50 | Copies/Fast Feed | 4549412 |
| 05/12/2011 |  | 50.00 | 0.07 | 3.50 |  |  |
| 04/27/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4549391 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |
| 04/27/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4549392 |
| 05/12/2011 |  | 1.00 | 0.07 | 0.07 |  |  |

| Date | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|
| 04/27/2011 | COPY | 18.00 | 0.07 | 1.26 | Copies/Print | 4549393 |
| 05/12/2011 |  | 18.00 | 0.07 | 1.26 |  |  |
| 04/27/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4549394 |
| 05/12/2011 |  | 4.00 | 0.07 | 0.28 |  |  |
| 04/27/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4549395 |
| 05/12/2011 |  | 4.00 | 0.07 | 0.28 |  |  |
| 04/27/2011 | COPP | 8.00 | 0.07 | 0.56 | Copies/Print | 4549396 |
| 05/12/2011 |  | 8.00 | 0.07 | 0.56 |  |  |
| 04/28/2011 | COPY | 15.00 | 0.07 | 1.05 | Copies/Print | 4549438 |
| 05/12/2011 |  | 15.00 | 0.07 | 1.05 |  |  |
| 05/02/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4555908 |
| 05/02/2011 | COPP | 6.00 | 0.07 | 0.42 | Copies/Print | 4555909 |
| 05/02/2011 | COPY | 4.00 | 0.07 | 0.28 | Copies/Print | 4555910 |
| 05/02/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4555911 |
| 05/03/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4555936 |
| 05/03/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4555937 |
| 05/03/2011 | COPP | 13.00 | 0.07 | 0.91 | Copies/Print | 4555938 |
| 05/04/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4555912 |
| 05/04/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4555913 |
| 05/04/2011 | COPP | 17.00 | 0.07 | 1.19 | Copies/Print | 4555914 |
| 05/04/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4555915 |
| 05/04/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4555916 |
| 05/04/2011 | COPP | 12.00 | 0.07 | 0.84 | Copies/Print | 4555917 |
| 05/04/2011 | COPP | 51.00 | 0.07 | 3.57 | Copies/Print | 4555918 |
| 05/04/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4555919 |
| 05/04/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4555920 |
| 05/04/2011 | COPP | 12.00 | 0.07 | 0.84 | Copies/Print | 4555921 |
| 05/04/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4555922 |
| 05/04/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4555923 |
| 05/04/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4555924 |
| 05/04/2011 | COPP | 9.00 | 0.07 | 0.63 | Copies/Print | 4555925 |
| 05/04/2011 | COPP | 12.00 | 0.07 | 0.84 | Copies/Print | 4555926 |

| Date | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|
| 05/04/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4555927 |
| 05/04/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4555928 |
| 05/04/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4555929 |
| 05/04/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4555930 |
| 05/04/2011 | COPP | 12.00 | 0.07 | 0.84 | Copies/Print | 4555931 |
| 05/04/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4555932 |
| 05/04/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4555933 |
| 05/04/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4555934 |
| 05/04/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4555935 |
| 05/04/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4555953 |
| 05/04/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4555954 |
| 05/05/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4555939 |
| 05/05/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4555940 |
| 05/05/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4555941 |
| 05/05/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4555942 |
| 05/05/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4555943 |
| 05/05/2011 | COPP | 9.00 | 0.07 | 0.63 | Copies/Print | 4555944 |
| 05/05/2011 | COPP | 8.00 | 0.07 | 0.56 | Copies/Print | 4555945 |
| 05/05/2011 | COPP | 9.00 | 0.07 | 0.63 | Copies/Print | 4555946 |
| 05/05/2011 | COPP | 8.00 | 0.07 | 0.56 | Copies/Print | 4555947 |
| 05/05/2011 | COPP | 8.00 | 0.07 | 0.56 | Copies/Print | 4555948 |
| 05/05/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4555949 |
| 05/05/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4555950 |
| 05/05/2011 | COPP | 8.00 | 0.07 | 0.56 | Copies/Print | 4555951 |
| 05/05/2011 | COPP | 9.00 | 0.07 | 0.63 | Copies/Print | 4555952 |
| 05/05/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4555955 |
| 05/05/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4555956 |
| 05/05/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4555957 |
| 05/05/2011 | COPF | 5.00 | 0.07 | 0.35 | Copies/Fast Feed | 4555958 |
| 05/05/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4555959 |

| Date | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|
| 05/05/2011 | COPF | 15.00 | 0.07 | 1.05 | Copies/Fast Feed | 4555960 |
| 05/05/2011 | COPF | 35.00 | 0.07 | 2.45 | Copies/Fast Feed | 4555961 |
| 05/05/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4555963 |
| 05/06/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4555962 |
| 05/06/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4555964 |
| 05/06/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4555965 |
| 05/06/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4555966 |
| 05/06/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4555967 |
| 05/06/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4555968 |
| 05/06/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4555969 |
| 05/06/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4555970 |
| 05/06/2011 | COPF | 2.00 | 0.07 | 0.14 | Copies/Fast Feed | 4555971 |
| 05/06/2011 | COPF | 61.00 | 0.07 | 4.27 | Copies/Fast Feed | 4555972 |
| 05/06/2011 | COPY | 1.00 | 0.07 | 0.07 | Copies/Print | 4555973 |
| 05/06/2011 | COPY | 14.00 | 0.07 | 0.98 | Copies/Print | 4555974 |
| 05/06/2011 | COPF | 1.00 | 0.07 | 0.07 | Copies/Fast Feed | 4555975 |
| 05/06/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4555976 |
| 05/06/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4555977 |
| 05/06/2011 | COPF | 217.00 | 0.07 | 15.19 | Copies/Fast Feed | 4555978 |
| 05/06/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4555979 |
| 05/09/2011 | COPF | 7.00 | 0.07 | 0.49 | Copies/Fast Feed | 4562201 |
| 05/09/2011 | COPP | 10.00 | 0.07 | 0.70 | Copies/Print | 4562202 |
| 05/09/2011 | COPP | 7.00 | 0.07 | 0.49 | Copies/Print | 4562203 |
| 05/09/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4562204 |
| 05/10/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4562205 |
| 05/10/2011 | COPP | 17.00 | 0.07 | 1.19 | Copies/Print | 4562206 |
| 05/10/2011 | COPP | 100.00 | 0.07 | 7.00 | Copies/Print | 4562207 |
| 05/10/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4562208 |
| 05/10/2011 | COPY | 54.00 | 0.07 | 3.78 | Copies/Print | 4562220 |

| Date | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|
| 05/10/2011 | COPP | 46.00 | 0.07 | 3.22 | Copies/Print | 4562221 |
| 05/10/2011 | COPP | 30.00 | 0.07 | 2.10 | Copies/Print | 4562222 |
| 05/10/2011 | COPP | 30.00 | 0.07 | 2.10 | Copies/Print | 4562223 |
| 05/11/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4562209 |
| 05/11/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4562210 |
| 05/11/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4562211 |
| 05/11/2011 | COPY | 36.00 | 0.07 | 2.52 | Copies/Print | 4562212 |
| 05/11/2011 | COPP | 9.00 | 0.07 | 0.63 | Copies/Print | 4562213 |
| 05/11/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4562214 |
| 05/11/2011 | COPY | 70.00 | 0.07 | 4.90 | Copies/Print | 4562215 |
| 05/11/2011 | COPP | 9.00 | 0.07 | 0.63 | Copies/Print | 4562216 |
| 05/11/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4562217 |
| 05/11/2011 | COPP | 7.00 | 0.07 | 0.49 | Copies/Print | 4562218 |
| 05/11/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4562219 |
| 05/11/2011 | COPY | 3.00 | 0.07 | 0.21 | Copies/Print | 4562225 |
| 05/11/2011 | COPP | 4.00 | 0.07 | 0.28 | Copies/Print | 4562226 |
| 05/11/2011 | COPP | 20.00 | 0.07 | 1.40 | Copies/Print | 4562227 |
| 05/11/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4562228 |
| 05/11/2011 | COPP | 5.00 | 0.07 | 0.35 | Copies/Print | 4562229 |
| 05/11/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4562230 |
| 05/12/2011 | COPY | 30.00 | 0.07 | 2.10 | Copies/Print | 4562224 |
| 05/12/2011 | COPY | 36.00 | 0.07 | 2.52 | Copies/Print | 4562232 |
| 05/12/2011 | COPY | 18.00 | 0.07 | 1.26 | Copies/Print | 4562233 |
| 05/12/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4562234 |
| 05/13/2011 | COPY | 12.00 | 0.07 | 0.84 | Copies/Print | 4562231 |
| 05/16/2011 | COPY | 8.00 | 0.07 | 0.56 | Copies/Print | 4567771 |
| 05/17/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4567765 |
| 05/17/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4567766 |
| 05/17/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4567767 |
| 05/17/2011 | COPP | 20.00 | 0.07 | 1.40 | Copies/Print | 4567768 |

Billed and Unbilled Recap Of Cost Detail - [113529-161468 - Jasnosz, Jerzy v J D OTT COMPANY]  
Client:113529 - CONTINENTAL INSURANCE COMPANY   5/31/2011 3:55:06 PM

Page 14

| Date | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|
| 05/17/2011 | COPP | 3.00 | 0.07 | 0.21 | Copies/Print | 4567769 |
| 05/17/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4567770 |
| 05/18/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4567755 |
| 05/18/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4567756 |
| 05/18/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4567757 |
| 05/18/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4567758 |
| 05/18/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4567759 |
| 05/18/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4567760 |
| 05/18/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4567761 |
| 05/18/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4567762 |
| 05/18/2011 | COPP | 1.00 | 0.07 | 0.07 | Copies/Print | 4567763 |
| 05/18/2011 | COPY | 4.00 | 0.07 | 0.28 | Copies/Print | 4567764 |
| 05/23/2011 | COPY | 33.00 | 0.07 | 2.31 | Copies/Print | 4574031 |
| 05/23/2011 | COPY | 16.00 | 0.07 | 1.12 | Copies/Print | 4574032 |
| 05/27/2011 | COPP | 2.00 | 0.07 | 0.14 | Copies/Print | 4574033 |
| | | | | 224.69 | 127 records | |
| | | | | 224.69 | | |
| | | | | 126.07 | 181 records | |
| | | | | 126.07 | | |
| | | | | 350.76 | 308 records | |
| | | | | 350.76 | | |